UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES

     -against-                           MEMORANDUM AND ORDER

ERNEST BROWN                             Criminal Docket No.
                                         CR-03-204(DGT)

          Defendant.

-------------------------------X

Trager, J:

     On February 27, 2006, the Court of Appeals for the Second
Circuit granted defendant Ernest Brown's ("Brown") motion to
recall the mandate, reinstate his appeal and remand for
sentencing reconsideration pursuant to United States v. Crosby,
397 F.3d 103 (2d Cir. 2005).

     In a letter dated March 7, 2006, Brown requested I
reconsider and reduce his forty-six-month sentence and three-year
term of supervised release to a term of time-served followed by a
two-year term of supervised release. Despite the excellent
submission by Brown's counsel, I still find that the forty-six-
month sentence was reasonable in light of all the factors in
18 U.S.C. § 3553 (a).

     As for the requested reduction in the term of supervise
release, it would be inappropriate to reduce the term until the

progress Brown makes following his release from prison can be

evaluated.  Should Brown show satisfactory adjustment, I would be

willing to entertain an application for reduction if the

probation department should recommend that course.


Dated:  Brooklyn, New York
        May 16, 2006


                         SO ORDERED:


                         _____/s/_____
                         David G. Trager
                         United States District Judge